UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| WILLIE JACKSON | CIVIL ACTION NO. 13-3112 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JAY RUSSELL, ET AL. | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the Motion for Summary Judgment [Doc. No. 17] filed by Defendants Robert Young, Bobby Johnson, Doug Campbell, and Sheriff Jay Russell, is hereby DENIED.

MONROE, LOUISIANA, this 24th day of November, 2014.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE